UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JONATHAN CLIFFORD,

    Plaintiff,               Case No. 1:17-cv-556

v.                                     Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c), and Plaintiff's state-law claims be DISMISSED WITHOUT PREJUDICE, because the Court declines to exercise its supplemental jurisdiction.

Dated: August 22, 2017                         /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                            United States District Judge